**Opinion issued February 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00093-CV

———————————

## IN RE CHAD J. VERRET, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Chad J. Verret, has filed a petition for writ of mandamus challenging an order by the Honorable Susan Brown, Presiding Judge of the Eleventh Administrative Judicial Region, denying relator's objection to the assignment of the Honorable Julia Maldonado (the former presiding judge of the trial court who heard the case and issued the final judgment) to issue findings of fact and conclusions of

law.[1] Although relator's petition does not specify the exact relief requested, relator presumably seeks a writ of mandamus compelling the Presiding Judge of the Eleventh Administrative Judicial Region to vacate her order denying relator's objection to Judge Maldonado's assignment. We deny the petition. Relator's motion for expedited consideration of the petition is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

---

[1]    The underlying case is *In the Matter of the Marriage of Chad Verrett and Cheryl Verrett*, cause number 2022-67908, pending in the 507th District Court of Harris County, Texas.